**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:07CR97 |
| vs. ) | |
| ) | ORDER |
| CARLOS ARMANDO-BARAHONA, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on defendant's motion to extend the deadline for filing pretrial motions [10]. For good cause shown,

**IT IS ORDERED** that the motion [10] is granted, as follows:

1. The deadline for filing pretrial motions is extended to **May 21, 2007.**

2. The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **April 19, 2007 and May 21, 2007**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

3. Defendant shall file a waiver of speedy trial as required by NECrimR 12.3(a) as soon as is practicable.

**DATED April 18, 2007.**

> **BY THE COURT:**
>
> **s/ F.A. Gossett
> United States Magistrate Judge**