IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:07CR97** |
| vs. | ) | |
| | ) | **ORDER** |
| **CARLOS ARMANDO BARAHONA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The following defense motions are now pending:

[12]   Motion to Compel Disclosure of Identity of Confidential Informant
[18]   Request for Leave to Withdraw Motion to Compel and Request For Extension

The Motion to Compel was originally set for hearing on June 14, 2007; however, on June 13, defense counsel requested that the June 13 hearing be cancelled because he intended to withdraw the motion to compel.

Defendant now requests an extension of time in which to file substantive pretrial motions. That deadline expired on May 21, 2007. "Absent good cause shown, a motion for an extension of time to file pretrial motions must be made within the time set for the filing of pretrial motions. Motions for extensions of time to file pretrial motions will be granted only upon a showing of good cause." NECrimR 12.3(a).

The court finds that the defendant has not shown good cause for an extension, and an extension will not be granted.

**IT IS ORDERED** that defendant's Request for Leave to Withdraw Motion to Compel and Request For Extension [18] is granted in part, and denied in part, as follows:

1. The motion is granted to the extent that defendant's Motion to Compel [12] is deemed withdrawn.

2. The request for extension of time is denied.

**DATED June 20, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**