UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR97 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| CARLOS ARMANDO-BARAHONA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture and <u>Memorandum</u> Brief (Filing No. 39). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On October 9, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 922(g)(3), 924(d) and Title 28, United States Code, 2461(c), based upon the Defendant's plea of guilty to Counts I, III and IV of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a Winchester Model 120, 12 gauge shotgun, serial no. L18009393, and a RG Model 14, .22 caliber revolver, serial no. 400140, was forfeited to the United States.

2. On October 25, November 1 and 8, 2007, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said properties. An Affidavit of Publication was filed herein on December 6, 2007 (Filing No. 38).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 39) is hereby sustained.

B. All right, title and interest in and to the Winchester Model 120, 12 gauge shotgun, serial no. L18009393, and a RG Model 14, .22 caliber revolver, serial no. 400140, held by any person or entity, is hereby forever barred and foreclosed.

C. The Winchester Model 120, 12 gauge shotgun, serial no. L18009393, and a RG Model 14, .22 caliber revolver, serial no. 400140, be, and the same hereby are, forfeited to the United States of America .

D. The United States Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 7th day of December, 2007.

        **BY THE COURT:**

        S/ Laurie Smith Camp
        **United States District Judge**